**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00456-CV

### VILLAGE CRESTMONT HOUSTON USA, L.L.C. AND WEST CRESTMONT HOUSTON USA, L.L.C., Appellants

### V.

### JOSE J. GAITAN, INDIVIDUALLY AND D/B/A EC & J REMODELING & PAINTING, Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-08108

## ORDER

The reporter's record in this case is overdue. By postcard dated April 28, 2015, we notified the official court reporter for the 191st Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Melba Wright o file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that appellants have not requested, paid for, or made payment arrangements for the record. *We notify appellants that if we receive verification that appellants have not requested, paid for, or made payment*

*arrangements for the reporter's record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

/s/     CAROLYN WRIGHT
            CHIEF JUSTICE